William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
David A. Randall (SBN 156722)
drandall@brookskushman.com
BROOKS KUSHMAN P.C.
601 S. Figueroa, Suite 2080
Los Angeles, CA 90027-5780
Tel.: (213) 622-3003
Fax: (213) 622-3053

Attorneys for Plaintiff
GLOBAL EQUITY MANAGEMENT
  (SA) PTY. LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD., <br><br> Plaintiff, <br><br> v. <br><br> EBAY INC., <br><br> Defendant. | Case No. 3:17-cv-02178-WHA <br><br> **NOTICE OF APPEARANCE OF WILLIAM E. THOMSON, JR.** <br><br> **Judge: Hon. William H. Alsup** |

PLEASE TAKE NOTICE that William E. Thomson, Jr. hereby enters an appearance as counsel of record on behalf of Plaintiff Global Equity Management (SA) Pty. Ltd. in the above-entitled action and requests that all papers and pleadings be served upon the undersigned attorney at the address below.

Dated:  September 5, 2017

Respectfully submitted,

BROOKS KUSHMAN P.C.

By: /s/ William E. Thomson
William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
Brooks Kushman P.C.
601 S. Figueroa, Suite 2080
Los Angeles, CA 90027-5780
Tel.: (213) 622-3003
Fax: (213) 622-3053

*Attorneys for Plaintiff Global Equity Management (SA) Pty. Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

Dated:  September 5, 2017                /s/ William E. Thomson, Jr.
                                         William E. Thomson, Jr.