William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
David A. Randall (SBN 156722)
drandall@brookskushman.com
BROOKS KUSHMAN P.C.
601 S. Figueroa, Suite 2080
Los Angeles, CA 90027-5780
Tel.: (213) 622-3003
Fax: (213) 622-3053

Attorneys for Global Equity Management
  (SA) Pty. Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD., <br><br> Plaintiff, <br><br> v. <br><br> EBAY INC., <br><br> Defendant. | Case No. 3:17-cv-02178-WHA <br><br> **NOTICE OF APPEARANCE OF DAVID A. RANDALL** <br><br> **Judge:  Hon. William H. Alsup** |
|---|---|

1     PLEASE TAKE NOTICE that David A. Randall hereby enters an appearance as counsel
2 of record on behalf of Plaintiff Global Equity Management (SA) Pty. Ltd. in the above-entitled
3 action and requests that all papers and pleadings be served upon the undersigned attorney at the
4 address below.

Dated: September 5, 2017          Respectfully submitted,

                                             BROOKS KUSHMAN P.C.

                                             By:/s/ David A. Randall
                                             David A. Randall (SBN 156722)
                                             drandall@brookskushman.com
                                             Brooks Kushman P.C.
                                             601 S. Figueroa, Suite 2080
                                             Los Angeles, CA 90027-5780
                                             Tel.: (213) 622-3003
                                             Fax: (213) 622-3053

                                             *Attorneys for Plaintiff Global Equity*
                                             *Management (SA) Pty. Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

Dated:  September 5, 2017                    /s/ David A. Randall
                                             David A. Randall