**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD.,<br><br>　　　　Plaintiff,<br>v.<br><br>ALIBABA GROUP HOLDING, LTD., ET AL.,<br><br>　　　　Defendants. | Case No. 3:17-cv-02177-WHA<br>Case No. 3:17-cv-02178-WHA<br>Case No. 3:17-cv-02435-WHA<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR ENTITLEMENT TO ATTORNEYS' FEES AND COSTS**<br><br>**Judge:  Hon. William H. Alsup** |

After full consideration of Defendants' Alibaba Group Holding, Ltd., Alibaba Cloud Computing Ltd, Nimbus Development, Inc., Alibaba.com, Inc., Alibaba.com Singapore E-Commerce Private Ltd., Alibaba Hong Kong Ltd., (collectively, the "Alibaba Defendants"), and eBay, Inc. ("eBay") (together with the Alibaba Defendants, "Defendants") Motion for Entitlement to Attorneys' Fees and Costs, the Court finds that Defendants are entitled to fees and costs, in an amount to be determined in subsequent briefing.

IT IS HEREBY ORDERED that Defendants' Motion for Entitlement to Attorneys' Fees and Costs is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2020     By:_____
                                  Hon. William H. Alsup
                                  United States District Court Judge