QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Carey R. Ramos (*Admitted pro hac vice*)
  careyramos@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212.849.7000
Facsimile: 212.849.7100

  Jeffrey S. Gerchick (*Admitted pro hac vice*)
  jeffgerchick@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.538.8000
Facsimile: 202.538.8100

  Brett N. Watkins (*Admitted pro hac vice*)
  brettwatkins@quinnemanuel.com
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: 713.221.7000
Facsimile: 713.221.7100

  David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
  Nathan Sun (Bar No. 284782)
  nathansun@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415.875.6600
Facsimile: 415.875.6700

*Attorneys for Defendants Alibaba Group Holding, Ltd., Alibaba Cloud Computing, Ltd., Nimbus Development, Inc., Alibaba.com, Inc., Alibaba Singapore E-Commerce Private Ltd., and Alibaba.com Hong Kong Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD.,<br><br>            Plaintiff,<br><br>      v.<br><br>ALIBABA GROUP HOLDING, LTD., ET AL.,<br><br>            Defendants. | Case No. 3:17-cv-02177-WHA<br>Case No. 3:17-cv-02435-WHA<br><br>**DECLARATION OF ROGER SHANG IN SUPPORT OF ALIBABA DEFENDANTS' MOTION FOR ENTITLEMENT TO ATTORNEYS' FEES**<br><br>**Judge: Hon. William H. Alsup**<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

I, Roger Shang, hereby declare that:

1. I am over the age of eighteen and have personal knowledge about the facts described below.

2. I am a Senior Legal Director for Alibaba Group. I submit this declaration in support of the Alibaba Defendants' Motion for Attorneys' Fees.

3. On January 24, 2017, as the representative of the Alibaba Defendants, I attended a mediation session for this case in San Francisco with Carey Ramos of Quinn Emanuel Urquhart & Sullivan, LLP, outside counsel for the Alibaba Defendants. The mediation session was conducted by Lee Kaplan of Smyser Kaplan & Veselka in Houston, Texas. GEMSA, the plaintiff in this case, was represented at the mediation by Schumann Rafizadeh. GEMSA's outside counsel in attendance were William Ramey of Ramey & Schwaller, LLP, and Rick Laminack and Tom Pirtle of Laminack, Pirtle & Martines, LLP. The GEMSA team at the mediation also included two accountants whose names I do not recall.

4. The mediation began with a brief joint session. The Mediator, Mr. Kaplan, explained that GEMSA wanted to make a short initial statement. Mr. Laminack spoke for GEMSA, and said that [REDACTED]

5. Mr. Ramos, our attorney, responded that, [REDACTED]

6. The parties then split up into separate conference rooms, and the Mediator engaged in separate sessions with the parties. Mr. Ramos told the Mediator that [REDACTED]

1 ████████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████████

3 ████████

4   7.   The Mediator then met with the GEMSA team and returned with their response.  Mr.
5 Ramos explained to the Mediator that ████████████████████████████████████
6 ████████████████████████████████████████████████████████
7 ████████████████████████████████████████████████████████
8 ████████████████████

9   8.   The Mediator again met with the GEMSA team for an extended period of time.  When
10 the Mediator finally returned, he explained GEMSA's replies.  Mr. Ramos again responded,
11 explaining how GEMSA's replies were ████████████████████████████████
12 ████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████████
14 ████████████████████████████████████████████████████████
15 ████████████████

16   I declare under penalty of perjury under the laws of the United States that the foregoing is true
17 and correct.

18   Executed on March 19, 2020 in California.

19                                             /s/ Roger Shang
20                                             Roger Shang

- 3 -   CASE NOS. 3:17-cv-02177-WHA, 3:17-cv-02435-WHA

DECLARATION OF ROGER SHANG